331-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
POLSTEAM SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

POLSTEAM SHIPPING CO. LTD.,

                              Plaintiff,

     -against-

SHINE STAR SEA TRANSPORT PTE. LTD.,

                              Defendants.
--------------------------------------------------------------x

**RULE 7.1 STATEMENT**

     POLSTEAM SHIPPING CO. LTD., by and through its undersigned attorneys

Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, certifies that it is a private (non-governmental) party, has no corporate

parents, and that no publicly-held corporation in the United States owns 10% or more of

the stock of the company.

Dated: New York, New York
       June 28, 2007

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Plaintiff
                         POLSTEAM SHIPPING CO. LTD.

          By:     _____
                         Michael E. Unger (MU 0045)
                         80 Pine Street
                         New York, NY 10005
                         Telephone: (212) 425-1900
                         Facsimile: (212) 425-1901