331-07/MEU

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
POLSTEAM SHIPPING CO. LTD.,

                Plaintiff,

- against –

SHINE STAR SEA TRANSPORT PTE. LTD.,

                Defendant.
------------------------------------------------------------x

07 CIV 6104 ( VM )

**ORDER DIRECTING CLERK TO ISSUE SECOND AMENDED PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Upon reading the Second Amended Verified Complaint of the Plaintiff herein, verified on the 26th day of July, 2007, and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist, and good cause having been shown,

**NOW**, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby

**O R D E R E D** that the Clerk of this Court is directed to permit the filing of the Second Amended Complaint and forthwith to issue the Second Amended Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendant, as described therein, including but not limited to any property belonging to, due, held or being transferred to or for the benefit of the Defendant SHINE STAR SEA-TRANSPORT PTE. LTD. or as may be held, received or transferred for its benefit in the name of its paying agents CHINALAND SHIPPING PTE LTD., EASTERN UNION NAVIGATION LTD. and DALIAN XINGHUI INTERNATIONAL FORWARDING CO LTD. a/k/a DALIAN SHINE STAR at, moving through, or within the possession, custody or control of banking institutions and/or other institutions or such other garnishee(s) on whom a copy of the Process of Maritime Attachment

NYDOCS1/287520.1

and Garnishment may be served, in the amount of **$3,340,856.56,** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in respect to the claim against the Defendant SHINE STAR SEA TRANSPORT; and it is further

**O R D E R E D** that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court; and it is further

**O R D E R E D** that Michael E. Unger, Lawrence J. Kahn, Manuel A. Molina, Robert Ridenour, Joan Sorrentino, Christina Gargano, or any other partner, associate, paralegal or other agent of Freehill Hogan & Mahar LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with a copy of this Order and any interrogatories, upon garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on behalf of the Defendant; and it is further

**O R D E R E D** that following initial service upon any garnishee by the United States Marshal or any other person designated by this or any subsequent Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, such service to be in accordance with each garnishee's preference or policy, and such facsimile or other electronic transmission shall be deemed to be made within the district if it has been sent from within the district; and it is further

**O R D E R E D** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made

commencing from the time of such service, and it is further deemed to be effective throughout the end of the next business day, provided another service is made the next business day.

Dated: New York, New York
      July 26, 2007

                                          U.S.D.J.
                                          Victor Marrero

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
      DEPUTY CLERK

NYDOCS1/287520.1                   3