```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
POLSTEAM SHIPPING CO. Ltd.,            :
                                       :   07 Civ. 6104 (VM)
                Plaintiffs,            :
                                       :
    - against -                        :       ORDER
                                       :
SHINE STAR SEA TRANSPORT PTE, Ltd.,    :
                                       :
                Defendants.            :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated July 26, 2007, the Court granted the application of plaintiff, Polsteam Shipping Co. Ltd., authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since this order. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by January 22, 2008, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated:   New York, New York
         January 16, 2008

                                        _____
                                             VICTOR MARRERO
                                               U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08