```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- X
POLSTEAM SHIPPING CO., LTD.,      :
                                  :
              Plaintiff,          :    07 Civ. 6104 (VM)
                                  :
    - against -                   :
                                  :
SHINE STAR SEA TRANSPORT PTE, LTD.,:
                                  :
              Defendant.          :
--------------------------------- X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since January 22, 2008. At that time the Court directed plaintiff to advise the Court within sixty days about the status of the case. No such response has been filed with the Court. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by April 16, 2008 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         9 April 2008

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08