MARRERO, 5.

331-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
POLSTEAM SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax

Michael E. Unger (MU 0045)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
POLSTEAM SHIPPING CO. LTD.,

      Plaintiff,

 - against -

SHINE STAR SEA TRANSPORT PTE. LTD.,

      Defendant.
------------------------------------------------------------x

07 CIV. 6104 (VM)

**NOTICE OF VOLUNTARY DISMISSAL**

  Defendant SHINE STAR SEA TRANSPORT PTE. LTD. not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff POLSTEAM SHIPPING CO. LTD. provides its notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
   April 16, 2008

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff
                POLSTEAM SHIPPING CO. LTD.

         By: _____
            Michael E. Unger (MU0045)
            80 Pine Street
            New York, NY 10005
            (212) 425-1900

SO ORDERED. 16 April 2008
The Clerk of Court is directed to withdraw any pending motions and to close this case.

_____
Hon. Victor Marrero, U.S.D.J.

NYDOCS1/302848.1

GEORGE B. FREEHILL
WILLIAM L JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

April 16, 2008

Our Ref: 331-07/MEU/MAM

**BY HAND**
The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Room 660
New York, New York 10007

RE: Polsteam Shipping Co. Ltd. v. Shine Star Sea Transport Pte. Ltd.
07 CV 6104 (VM)

Dear Judge Marrero,

The defendant appearing to have gone out of business, we take this opportunity to submit a Notice for Voluntary Dismissal of this action pursuant to Rule 41(a)(1).

We thank the Court for its courtesy and attention.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

Michael E. Unger

MEU/mc
Enclosure

NYDOCS1/302909.1